SMOCK ET AL., APPELLANTS, *v.* HALL ET AL.; MOTORISTS MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Smock v. Hall* (2000), 87 Ohio St.3d 1250.]

(No. 99–461—Submitted December 15, 1999—Decided February 2, 2000.)

———

*Glowacki & Associates Co., L.P.A., James L. Glowacki* and *Tammy G. Gibson,* for appellants.

*Thrasher, Dinsmore & Dolan, David E. Lowe* and *Heidi M. Cisan,* for appellee.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.